IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01169-LTB

JUAN DIEGO HOWELL,

    Applicant,

v.

ATTORNEY GENERAL, State of Colorado,

    Respondent.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 28, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Applicant.

    DATED at Denver, Colorado, this 28 day of September, 2012.

        FOR THE COURT,

        JEFFREY P. COLWELL, Clerk

        By: s/L. Gianelli
           Deputy Clerk